IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONI JONES,

    Plaintiff,

VS.                                                                NO. 04-2613-MaP

CENTRAL STATES COTTON CO., ET AL.

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to the May 19, 2005, joint motion filed by the parties to modify the scheduling order in this matter, the court held a status conference on June 13, 2005. Attending on behalf of the plaintiff was James King. Attending on behalf of the defendant was Whitney Fogerty. For good cause shown, the court grants the motion and amends the scheduling order as follows:

1. The deadline for expert disclosures is July 15, 2005.
2. The deadline for completing discovery is September 15, 2005.
3. The deadline for completing mediation is October 14, 2005. The parties will report to the court on that date on the status of mediation efforts.
4. The deadline for filing potentially dispositive motions is October 14, 2005.
5. The parties will submit a proposed joint pretrial order by 5:00 p.m. on January 13, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-16-05

6. A pretrial conference will be held on Friday, January 20, 2006, at 9:30 a.m.

7. The trial of this matter is reset to Monday, January 30, 2006, at 9:30 a.m.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 15th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02613 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT