IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 19 PM 2: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

TONI JONES,

    Plaintiff,

v.                                        CASE NO.: 04-2613-Ma P

CENTRAL STATES COTTON CO. and
DUNAVANT ENTERPRISES,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER FOR THE LIMITED PURPOSE OF TAKING ONE DEPOSITION

---

Having considered Defendants' Motion for Modification of Rule 16(b) Scheduling Order,

and finding the Motion well taken, the Joint Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery

deadline shall be extended for a period of thirty (30) days for the limited purpose of allowing

Defendants to take one additional deposition.

Entered this ___16___ day of ___September___, 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on____9-19-05____

ORIGINAL

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02613 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT