FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE     05 NOV 16 PM 4: 51
WESTERN DIVISION

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

TONI JONES,

    Plaintiff,

VS.                                             NO. 04-2613-MaP

CENTRAL STATES COTTON CO., ET AL.,

    Defendants.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

Before the court is the November 14, 2005, motion by plaintiff for permission to file a memorandum in opposition to defendants' motion for summary judgment in excess of the Rule 7.2(e) page limitation. For good cause shown, the motion is granted and plaintiff may file the opposition brief.

So ORDERED this 16th day of November, 2005.

                              /s/ Samuel H. Mays, Jr.
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02613 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT