IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONI JONES,

    Plaintiff,

V.                                NO. 04-2613-MaP

CENTRAL STATES COTTON CO., ET AL.,

    Defendants.

## ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendants' November 18, 2005, unopposed motion to file a reply in further support of their motion for summary judgment. For good cause shown, the motion is granted and defendants may file their reply.

It is so ORDERED this 21st day of November, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02613 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT